1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL B. McPHERSON,                  No.  2:23-cv-0811 WBS KJN P

12                 Plaintiff,

13         v.                               ORDER

14   J. GREENE, CCI, et al.,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 28, 2023, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff did not filed

23   objections to the findings and recommendations.[1]

24        The court presumes that any findings of fact are correct.  See Orand v. United States, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   _____

27   [1] On October 19, 2023, plaintiff filed a document styled, "Motion for Relief for Abuse of
     Process."  (ECF No. 23.)  However, plaintiff does not address his failure to amend.  Rather,
     plaintiff continues to claim he is entitled to default judgment.  (Id., see also ECF Nos. 19, 21.)
28   Plaintiff is mistaken.

                                    1

1  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

2  reviewed the file, the court finds the findings and recommendations to be supported by the record

3  and by the magistrate judge's analysis.

4        Accordingly, IT IS HEREBY ORDERED that:

5      1.  The findings and recommendations filed September 28, 2023, are adopted in full; and

6      2.  This action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

7  Dated:  November 16, 2023

8  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

9

10  /mcph23cv0811.800

2